1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD M. ELIAS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )  1:10-CV-00535-AWI-GSA
                                        )
12          Plaintiff,                  )  **FINAL JUDGMENT OF FORFEITURE**
                                        )
13      v.                              )
                                        )
14  APPROXIMATELY $24,120.00 IN U.S.    )
    CURRENCY,                           )
15                                      )
            Defendant.                  )
16                                      )
                                        )
17  _____

18          Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

19          1.      This is a civil forfeiture action against defendant approximately $24,120.00 in U.S.

20  Currency (hereafter "defendant currency").

21          2.      A Verified Complaint for Forfeiture *In Rem* was filed on March 25, 2010, seeking

22  the forfeiture of the defendant currency, alleging said currency is subject to forfeiture to the United

23  States of America pursuant to 21 U.S.C. § 881(a)(6) because the defendant currency constitutes

24  moneys or other things of value furnished or intended to be furnished in exchange for a controlled

25  substance or listed chemical, all proceeds traceable to such an exchange and/or was used or intended

26  to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq*.

27          3.      On March 30, 2010, in accordance with said Complaint, a Warrant for Arrest of

28  Articles *In Rem* for the defendant currency was issued and duly executed on April 7, 2010.

                            1                    FINAL JUDGMENT OF FORFEITURE

1      4.      Public notice of the forfeiture action was published on the official internet

2  government forfeiture site www.forfeiture.gov for at least 30 consecutive days beginning April 10,

3  2010, as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and

4  Asset Forfeiture Actions.  The Declaration of Publication was filed with the Court on June 30, 2010.

5      5.      In addition to the publication of the forfeiture action, actual notice was personally

6  served upon Claimant. On April 19, 2010, Claimant filed his Verified Claim and Answer in this

7  action.  To date, no other parties have filed claims or answers in this matter, and the time for which

8  any other person or entity may file a claim and answer has expired.

9      6.      Claimant Rafael Guzman represents and warrants that he is the sole owner of the

10  defendant currency.

11      Based on the above findings, and the files and records of the Court, it is hereby

12      ORDERED AND ADJUDGED:

13      1.      The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and

14  between the parties to this action.

15      2.      Judgment is hereby entered against Rafael Guzman and all other potential claimants

16  who have not filed claims in this action.

17      3.      Upon entry of a Final Judgment of Forfeiture, $13,266.00 of the defendant

18  approximately $24,120.00 in U.S. Currency, together with any interest that may have accrued on the

19  full amount of the defendant approximately $24,120.00, shall be forfeited to the United States

20  pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

21      4.      Within 45 days of entry of a Final Judgment of Forfeiture, $10,854.00 of the

22  defendant approximately $24,120.00 in U.S. Currency shall be returned to Claimant Rafael Guzman

23  through his attorney Victor M. Perez at 1304 W. Center Street, Visalia, California 93277.

24      5.      Plaintiff United States of America and its servants, agents, and employees, and all

25  other public entities, their servants, agents, and employees, are released from any and all liability

26  arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant

27  currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or

28  damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed.

FINAL JUDGMENT OF FORFEITURE

1    The parties waive the provisions of California Civil Code § 1542.

2         6.    There was reasonable cause for the seizure and arrest of the defendant currency, and

3    the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

4         7.    All parties shall bear their own costs and attorneys' fees.

5

6

7                    CERTIFICATE OF REASONABLE CAUSE

8         Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed March 25,

9    2010, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this

10   Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for

11   the seizure and arrest of the defendant currency.

12

13   IT IS SO ORDERED.

14

     Dated:    February 25, 2011      _____

15                          CHIEF UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

FINAL JUDGMENT OF FORFEITURE